**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6375**

---

SYLVIA IPOCK WHITE,

                                        Petitioner - Appellant,

        versus

CAROLYN CALDWELL, Superintendent of North
Carolina Correctional Institute for Women,

                                        Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, District
Judge.  (CA-97-274-5-F)

---

Submitted:  June 16, 1998          Decided:  June 30, 1998

---

Before ERVIN, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Sylvia Ipock White, Appellant Pro Se. Clarence Joe DelForge, III,
OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sylvia Ipock White seeks to appeal the district court's order denying relief on her petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. White v. Caldwell, No. CA-97-274-5-F (E.D.N.C. Jan. 27, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED